| | |
|---|---|
| 1 | Thomas P. Hanrahan (SBN 110609) |
| | Sean A. Commons (SBN 217603) |
| 2 | thanrahan@sidley.com |
| | scommons@sidley.com |
| 3 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 4 | Los Angeles, California 90013-1010 |
| | Telephone: (213) 896-6000 |
| 5 | Facsimile: (213) 896-6600 |
| 6 | Charles W. Douglas (Of Counsel) |
| | David F. Graham (Of Counsel) |
| 7 | Theodore R. Scarborough (Of Counsel) |
| | Elizabeth M. Chiarello (Of Counsel) |
| 8 | SIDLEY AUSTIN LLP |
| 9 | One South Dearborn Street |
| | Chicago, Illinois 60603 |
| 10 | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |
| 11 | |
| 12 | Attorneys for Defendant |
| | KFC Corporation |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALEEN BROWN, an individual, on behalf of herself, the general public and all others similarly situated, | ) ) ) | Case No.: C09-03269 EMC |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | ) ) | |
| KFC CORPORATION, a Delaware Corporation; and DOES 1-100, inclusive, | ) ) ) | |
| Defendants. | ) ) | |

---

[PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
*BROWN V. KFC CORPORATION*
CASE NO. C09-03269 EMC

1 | Based upon the stipulation of counsel and good cause appearing therefore, it is
2 | HEREBY ORDERED as follows:
3 | The time in which KFC may Answer or otherwise respond to Plaintiff's Complaint is
4 | continued to and including August 24, 2009.

**IT IS SO ORDERED.**

Dated: July __27__, 2009

_____
Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

1

**[PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
*BROWN V. KFC CORPORATION*
CASE NO. C09-03269 EMC