1  **Thomas P. Hanrahan (SBN 110609)**
   **Sean A. Commons (SBN 217603)**
2  **thanrahan@sidley.com**
   **scommons@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 West Fifth Street**
4  **Los Angeles, California 90013-1010**
   **Telephone:   (213) 896-6000**
5  **Facsimile:    (213) 896-6600**

6  **Charles W. Douglas (Of Counsel)**
   **David F. Graham (Of Counsel)**
7  **Theodore R. Scarborough (Of Counsel)**
   **Elizabeth M. Chiarello (Of Counsel)**
8  **SIDLEY AUSTIN LLP**
   **One South Dearborn**
9  **Chicago, Illinois 60603**
   **Telephone:   (312) 853-7000**
10 **Facsimile:    (312) 853-7036**

11 **Attorneys for Defendant**
   **KFC Corporation**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALEEN BROWN, an individual, on behalf of herself, the general public and all others similarly situated, | Case No.:  C 09-03269 MHP |
| | Honorable Marilyn Hall Patel |
| Plaintiff, | **[PROPOSED] ORDER ON MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT PROCEEDING** |
| v. | |
| KFC CORPORATION, a Delaware Corporation; and DOES 1-100, inclusive, | |
| Defendants. | |

1    The Court, having considered all papers filed in these proceedings, and oral argument
2 by the parties, upon good cause appearing, rules as follows:
3    1.    Defendant's motion to stay is **GRANTED**;
4    2.    All proceedings in this action are **STAYED** as to all parties; and
5    3.    The parties shall notify the Court by letter within five business days after the
6 Judicial Panel on Multidistrict Litigation ("JPML") resolves the pending motion to transfer.  If the
7 motion to transfer is denied, the Court will automatically lift the stay and re-open the case, in which
8 case Defendant shall have fourteen (14) days to answer or otherwise respond to the complaint, if it
9 has not done so already.

   **IT IS SO ORDERED.**

Dated:  10/6    , 2009

THE H_____TEL
United_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**[PROPOSED] ORDER GRANTING STAY**
*Case No. C 09-03269 MHP*

LA1 1630337v.1